UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                       Case No.  1:07-mj-654

JUSTIN ORLANDO JENKINS,          HON. ELLEN S. CARMODY

    Defendant(s).
_____/

## ORDER OF DETENTION

In accordance with the detention hearing conducted before the undersigned on September 26, 2007, and for the reasons stated on the record, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                    /s/ Timothy P. Greeley
                                  TIMOTHY P. GREELEY
                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 26, 2007